# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO

| | |
|---|---|
| DARRYL W. COLLINS JR., | ) CIVIL NO. 1:15-CV-01459-SAB |
| Plaintiff, | ) |
| v. | ) ORDER RE STIPULATION AND |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) EXTENDING BRIEFING SCHEDULE |
| | ) (ECF No. 7) |
| Defendant. | ) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant shall file the certified administrative record on or before March 14, 2016; and

2. All other deadlines in the scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:  **February 12, 2016**

UNITED STATES MAGISTRATE JUDGE